# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PRESSLEY RIDGE SCHOOL FOR THE DEAF, | Case No. 3:17-cv-00166 |
| Plaintiff, | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| vs. | |
| GRAHAM LOCAL SCHOOL DISTRICT, BOARD OF EDUCATION, | |
| Defendant. | |

# ORDER

For good cause shown, the parties' Joint Motion For Extension of Deadlines (Doc. #35) is GRANTED. The deadlines currently set by the Preliminary Pretrial Conference Order (Doc. #19) are VACATED, pending a decision on the parties' cross-motions for judgment on the pleadings. After the pending cross-motions are ruled upon, the Court will hold a second Preliminary Pretrial Conference for the purpose of scheduling.

March 19, 2018

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge