# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Pressley Ridge School for the Deaf <br><br> Plaintiffs, <br><br> v. <br><br> Graham Local School District Board of Education <br><br> Defendants. | Case No.: 3:17-cv-166 <br><br> Judge Thomas Rose <br><br> **ORDER OF DISMISSAL:** <br> **TERMINATION ENTRY** |

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

IT IS SO ORDERED.

June 29, 2018

\*s/Thomas M. Rose
_____
Honorable Thomas M. Rose
United States District Judge